946

No. 532. RETAIL LIQUOR DEALERS ASSOCIATION OF LOUISIANA, INC., ET AL. *v.* REYNOLDS, DBA LARRY & KATZ, ET AL. Sup. Ct. La. Certiorari denied. *Benjamin H. Dorsey* for petitioners. *Saul Stone* and *Paul O. H. Pigman* for respondents.

No. 534. SPENCE, DBA GEFF SEED & GRAIN Co. *v.* BALTIMORE & OHIO RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Leslie N. Jones* for petitioner. *Hugh J. Graham, Jr.,* for respondent. *George E. Merker, Jr.,* for Illinois Agricultural Association, as *amicus curiae,* in support of the petition.

No. 535. CONTINENTAL CAN Co., INC. *v.* DONAHUE, TAX COMMISSIONER OF OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied. *Helmer R. Johnson* for petitioner. *William B. Saxbe,* Attorney General of Ohio, *Gerald A. Donahue,* First Assistant Attorney General, and *Edgar L. Lindley,* Assistant Attorney General, for respondents.

No. 538. POTTS ET AL. *v.* McCASTLAIN, COMMISSIONER OF REVENUES OF ARKANSAS. Sup. Ct. Ark. Certiorari denied. *Nathan L. Schoenfeld* and *William Nash* for petitioners.

No. 541. AKERSON ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Eugene Gressman* and *Damon M. Gunn* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Doolittle, David L. Rose* and *Frederick B. Abramson* for the United States. *Robert F. Klepinger* for Andrews et al., as *amici curiae,* in support of the petition.